Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: kleser@sfmslaw.com

(Additional counsel appear on signature page)

Attorneys for Plaintiff & the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LELL, On Behalf Of Herself And All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER INC. and TIME WARNER CABLE, INC.,<br><br>Defendants. | Case No. 3:08-cv-03925-EMC<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>Date Filed: 08/15/2008<br>Judge: Edward M. Chen |

TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

Plaintiff, Jenny Lell, hereby requests that the Court approve the substitution of Karen M. Leser-Grenon (SBN 231189), of SHEPHERD, FINKELMAN, MILLER & SHAH, LLP, 401 West A Street, Suite 2350, San Diego, CA 92101, in place of Jon Arnold Pfeiffer of Pfeiffer Thigpen & FitzGibbon, LLP, 233 Wilshire Boulevard, Suite 220, Santa Monica, CA 90401, as one of Plaintiff's attorneys of record in the above-referenced matter.

Dated: 10/27/08                                   _/s/ Jenny Lell_
                                                             JENNY LELL

I consent to the above substitution.

Dated: 10/29/08

PFEIFFER, THIGPEN & FITZGIPPON, LLP

*[signature]*
JON ARNOLD PFEIFFER

I was admitted to practice in the United States District Court for the Northern District of California on August 16, 2006, and am currently in good standing. My California State Bar Number is 231189.

Dated: 10/30/2008

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ Karen M. Leser-Grenon
KAREN M. LESER-GRENON

Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: kleser@sfmslaw.com

John F. Edgar
Michael D. Pospisil
EDGAR LAW FIRM, LLC
1032 Pennsylvania Avenue
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: jfe@edgarlawfirm.com
       mdp@edgarlawfirm.com

IT IS SO ORDERED
*[signature]*
Judge Phyllis J. Hamilton

11/18/08

Request for Substitution Of Attorney
Civil Action No. 3:08-CV-03925-EMC

Page -2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I electronically filed the foregoing Request for Approval of Substitution of Attorney with the Clerk of the Court using the CM/ECF system and, by so doing, served all counsel of record electronically.

I certify under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 30, 2008

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By:    /s/ Karen M. Leser-Grenon

SHEPHERD, FINKELMAN, MILLER  
& SHAH, LLP  
401 West A Street, Suite 2350  
San Diego, CA 92101  
Telephone: (619) 235-2416  
Facsimile: (619) 234-7334  
Email: kleser@sfmslaw.com