1  LATHAM & WATKINS LLP
   Jennifer A. Carmassi (221592)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone:    (213) 485-1234
   Facsimile:    (213) 891-8763
4  Email: jennifer.carmassi@lw.com

5  Attorneys for Defendants Time Warner Inc.
   and Time Warner Cable Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LELL, individually and as representative of those persons similarly situated, 2559 Sepulveda Blvd., #2, Los Angeles, CA 90064,<br><br>                    Plaintiff,<br><br>         v.<br><br>TIME WARNER INC. and TIME WARNER CABLE INC.,<br><br>                    Defendants. | **Case No.  08-CV-03925 EMC**<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED** |

LATHAM&WATKINS LLP   DC\1145701.1
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-03925 EMC

Plaintiff Jenny Lell ("Lell") and defendants Time Warner Inc. and Time Warner Cable Inc. (collectively, "defendants") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows:

1.  On September 4, 2008, Lell filed the first amended complaint in this action, which alleges that defendants violated Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, and state law by requiring her to lease a set-top cable box in order to obtain premium cable television services. Lell styled the complaint as a putative class action.

2.  As of the date of this motion, there are at least five other similar complaints against defendants pending in five other federal district courts throughout the United States. All of these complaints also allege that defendants have engaged in an unlawful tying arrangement in violation of federal antitrust law and state law by requiring plaintiffs to lease set-top cable boxes in order to obtain premium cable television services. All of these complaints are also styled as putative class actions.

3.  On September 12, 2008, defendants filed a motion before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer this case and the five other similar actions to a single district for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"). The matter is designated as MDL Docket No. 1995, *In re Set-Top Cable Television Box Antitrust Litigation*.

5.  The JPML is scheduled to hear oral argument on the MDL Motion on November 20, 2008 in Charleston, SC.

6.  In light of these facts, Lell and defendants have stipulated to extend the time for defendants to answer or otherwise respond to the complaint in this matter until the earliest of the following dates: (1) thirty days after the filing of a consolidated amended complaint, or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motion; or (2) thirty days after service of the JPML's order or whatever other deadline is set by the Court in this action, in the event the JPML denies the MDL Motion.

7.  In the Order Setting Initial Case Management Conference and ADR Deadlines entered on August 15, 2008 ("August 15 Order"), this Court ordered the parties (i) to

meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by November 5, 2008; (ii) to file a Joint ADR Certification with Stipulation as to ADR Process or Notice of Need for ADR Phone Conference by November 15, 2008; (iii) to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement by November 19, 2008; and (iv) to attend an initial case management conference on November 26, 2008, at 1:30 P.M.

8. The parties agree that the dates set forth in the August 15 Order, including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass before the JPML acts on the pending motions.

9. Continuing the dates set forth in the August 15 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court. It would also ensure consistency in pretrial rulings and be convenient for the parties, including Lell.

10. Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the August 15 Order as follows: (1) the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan – February 5, 2009; (2) the deadline to file joint ADR documents – February 16, 2009; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report – February 18, 2009; and (4) the initial case management conference – February 25, 2009 at 1:30 p.m.

11. Except as described in Paragraph 6, the parties have sought no previous modification of the timing of any event or deadline set by the Court.

12. The parties agree to notify the Court promptly when the JPML rules on the MDL Motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DC\1145701.1

2

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-03925 EMC

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 30, 2008 | Respectfully submitted, |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | By: /s/ Jennifer A. Carmassi |
| 5 | | Jennifer A. Carmassi (221592) |
| 6 | | Attorneys for Defendants Time Warner Inc. and Time Warner Cable Inc. |
| 7 | | |
| 8 | Dated: October 30, 2008 | PFEIFFER THIGPEN & FITZGIBBON LLP |
| 9 | | By: /s/ Jon Pfeiffer |
| 10 | | Jon Pfeiffer (118601) |
| 11 | | Attorneys for Plaintiff Jenny Lell |

FILER'S ATTESTATION:

   Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  October 30, 2008          By: /s/ Jennifer A. Carmassi
                                      Jennifer A. Carmassi (221592)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DC\1145701.1

3

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-03925 EMC

**[~~Proposed~~] Order**

Pursuant to the stipulation of the parties, all dates set forth in the August 15, 2008 Order Setting Initial Case Management Conference are hereby continued as follows: (1) the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan will be February 5, 2009; (2) the deadline to file joint ADR documents will be February 16, 2009; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report will be ~~February 18, 2009;~~ March 12, 2009 and (4) the initial case management conference is set for ~~February 25, 2009 at 1:30 p.m.~~ March 19, 2009 at 2:30 p.m.  The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1995, *In re Set-Top Cable Television Box Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: 11/18/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DC\1145701.1

4

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
08-cv-03925 EMC