1  LATHAM & WATKINS LLP
      Jennifer A. Carmassi (221592)
2  355 South Grand Avenue
    Los Angeles, California 90071-1560
3  Telephone:      (213) 485-1234
    Facsimile:      (213) 891-8763
4  Email: jennifer.carmassi@lw.com

5  Attorneys for Defendants Time Warner Inc.
    and Time Warner Cable Inc.

6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  JENNY LELL, individually and as          Case No.  08-CV-03925 EMC
     representative of those persons similarly
12  situated, 2559 Sepulveda Blvd., #2, Los   **CLASS ACTION**
     Angeles, CA 90064,
13                                             **STIPULATION EXTENDING TIME TO**
                                               **RESPOND TO COMPLAINT**
14                  Plaintiff,

15          v.

16  TIME WARNER INC. and                      **JURY TRIAL DEMANDED**
     TIME WARNER CABLE INC.,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES          DC\1145710.1

Stipulation Extending Time
To Respond To Complaint
08-cv-03925 EMC

1    Plaintiff Jenny Lell ("Lell") and defendants Time Warner Inc. and Time Warner
2    Cable Inc. (collectively, "defendants") stipulate and agree as follows to extend the time for
3    defendants to respond to the Complaint on file in this action.

4    1.    On September 4, 2008, Lell filed the first amended complaint in this
5    action, which alleges that defendants violated Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§
6    1, 2, and state law by requiring her to lease a set-top cable box in order to obtain premium cable
7    television services.  Lell styled the complaint as a putative class action.

8    2.    As of the date of this motion, there are at least five other similar
9    complaints against defendants pending in five other federal district courts throughout the United
10   States.  All of these complaints also allege that defendants have engaged in an unlawful tying
11   arrangement in violation of federal antitrust law and state law by requiring plaintiffs to lease set-
12   top cable boxes in order to obtain premium cable television services.  All of these complaints are
13   also styled as putative class actions.

14   3.    On September 12, 2008, defendants filed a motion before the Judicial
15   Panel on Multidistrict Litigation (the "JPML") to transfer this case and the five other similar
16   actions to a single district for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407
17   ("MDL Motion").  The matter is designated as MDL Docket No. 1995, *In re Set-Top Cable*
18   *Television Box Antitrust Litigation*.

19   5.    The JPML is scheduled to hear oral argument on the MDL Motion on
20   November 20, 2008 in Charleston, SC.

21   4.    In light of the multiplicity of complaints on file and the pending motion
22   before the JPML, the parties stipulate and agree to extend the time for defendants to answer or
23   otherwise respond to the complaint in this matter until the earliest of the following dates:  (1)
24   thirty days after the filing of a consolidated amended complaint, or whatever other deadline is set
25   by the transferee court, in the event the JPML grants the MDL Motion; or (2) thirty days after
26   service of the JPML's order or whatever other deadline is set by the Court in this action, in the
27   event the JPML denies the MDL Motion.

28

1    Dated: October 30, 2008          Respectfully submitted,

2                                     LATHAM & WATKINS LLP

3                                     By: /s/ Jennifer A. Carmassi
                                           Jennifer A. Carmassi (221592)
4

5                                     Attorneys for Defendants Time Warner Inc. and
                                      Time Warner Cable Inc.
6

7    Dated: October 30, 2008          PFEIFFER THIGPEN & FITZGIBBON LLP

8                                     By: /s/ Jon Pfeiffer
                                           Jon Pfeiffer (118601)
9

10                                    Attorneys for Plaintiff Jenny Lell

11   FILER'S ATTESTATION:

12         Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

13   perjury that the concurrence in the filing of this document has been obtained from its signatories.

14

15   Dated:  October 30, 2008         By: /s/ Jennifer A. Carmassi
                                           Jennifer A. Carmassi (221592)
16

17

18

19

20                   11/18/08         IT IS SO ORDERED

21

22                                    Judge Phyllis J. Hamilton

23

24

25

26

27

28