JUDGE CASTEL

**08 CIV 10856**

A CERTIFIED TRUE COPY
ATTEST
By April Layne on Dec 12, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED Dec 12, 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

DEC 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

IN RE: SET-TOP CABLE TELEVISION
BOX ANTITRUST LITIGATION

MDL No. 1995

C 08-3925 PJH

**TRANSFER ORDER**

FLD
SDofNY
12/15/08

**Before the entire Panel**[*]: Common defendants Time Warner Inc. and Time Warner Cable Inc. (collectively Time Warner) have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Southern District of New York. Plaintiffs in the Northern District of California, the Southern District of California, the District of Kansas, the Western District of Missouri, and the Southern District of New York actions agree that centralization is appropriate, but suggest the District of Kansas as transferee district.

This litigation currently consists of six actions listed on Schedule A and pending in six districts, one action each in the Central District of California, the Northern District of California, the Southern District of California, the District of Kansas, the Western District of Missouri, and the Southern District of New York.

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions allege that Time Warner improperly tied and bundled the lease of cable boxes to the ability to obtain premium cable services in violation of Section 1 of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York is an appropriate transferee forum for this litigation. Time Warner is headquartered there, and relevant documents and witnesses will likely be located in that district. Furthermore, Judge P. Kevin Castel has the time and experience to steer this litigation on an expeditious course.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

DEPUTY CLERK

---

[*] Judge Vratil did not participate in the disposition of this matter.

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Southern District of New York are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable P. Kevin Castel for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil* | David R. Hansen |
| W. Royal Furgeson, Jr. | |

## IN RE: SET-TOP CABLE TELEVISION
## BOX ANTITRUST LITIGATION

MDL No. 1995

### SCHEDULE A

Central District of California

Angela Kaufman v. Time Warner, Inc., et al., C.A. No. 2:08-5633

Northern District of California

Jenny Lell v. Time Warner, Inc., et al., C.A. No. 3:08-3925

Southern District of California

Jeffrey Seals v. Time Warner Cable, Inc., C.A. No. 3:08-1500

District of Kansas

Matthew Meeds v. Time Warner, Inc., et al., C.A. No. 2:08-2372

Western District of Missouri

Jason Dalen v. Time Warner, Inc., et al., C.A. No. 4:08-586

Southern District of New York

Les Izumi v. Time Warner, Inc., et al., C.A. No. 1:08-7616

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

- Docket: 1995 - IN RE: Set-Top Cable Television Box Antitrust Litigation
- Status: Transferred on 12/12/2008
- Transferee District: NYS    Judge: Castel, P. Kevin

Printed on 12/12/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Donboli, John H.<br>DEL MAR LAW GROUP LLP<br>322 Eighth Street<br>Suite 105<br>Del Mar, CA 92014 | =>Phone: (858) 793-6244  Fax: (858) 724-1490  Email: jdonboli@delmarlawgroup.com<br>Seals, Jeffrey* |
| Edgar, John F.<br>EDGAR LAW FIRM LLC<br>1032 Pennsylvania Avenue<br>Kansas City, MO 64105 | =>Phone: (816) 531-0033  Fax: (813) 531-3322  Email: jfe@edgarlawfirm.com<br>Dalen, Jason*; Lell, Jenny*; Meeds, Matthew* |
| Shah, James C.<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | =>Phone: (610) 891-9880  Fax: (610) 891-9883  Email: jshah@sfmslaw.com<br>Izumi, Les* |
| Sweetnam, William M.<br>SWEETNAM LLC<br>10 South La Salle Street<br>Suite 3500<br>Chicago, IL 60603 | =>Phone: (312) 346-5100  Fax: (312) 606-0027  Email: wms@sweetnamllc.com<br>Kaufman, Angela* |
| Zwisler, Margaret M.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304 | =>Phone: (202) 637-1092  Fax: (202) 637-2201  Email: margaret.zwisler@lw.com<br>Time Warner Cable, Inc.*; Time Warner, Inc.* |

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Note: Please refer to the report title page for complete report scope and key.

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC ND OF CALIFORNIA

**RECEIVED**
DEC 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: 12/15/08

In Re:   SET-TOP CABLE

MDL      1995

| Your Docket # | S.D. OF N.Y. |
|---|---|
| 3:08-3925 | 08-10856 |

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   CASTEL     for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit
(212) 805-0646